Motion prepared and submitted by the following **UNREPRESENTED DEBTOR:**

Name: DUSTIN BERNELL CHRISTENSE
Address: 4965 S WOODHAVEN DR
Taylorsville, UT 841223
Phone No.: 385-271-5162

AMO
FILED US Bankruptcy Court-UT
JUL 3 2025 PM 2:07

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

In re:                                              )   Bankruptcy No.: 25-23115
                                                    )
DUSTIN BERNELL CHRISTENSE,                          )   Chapter 13
                                                    )
Debtor(s).                                          )   Hon. _____
                                                    )        (Judge's Name)

### MOTION TO VACATE DISMISSAL

The Debtor(s) hereby move(s) the Court for an Order to Vacate Dismissal. The case was dismissed for:

☒ **Failure to Pay All or Part of the Filing Fee**
   1. The filing fee was not paid because Son and Wife were sick and I didn't get paid till last week.

and,

☒ The filing fee has now been paid in ~~full~~ TPC #13 $156.5~

☐ An Application to Pay the Chapter 7 Filing Fee in Installments has been granted. $___ in installments has been paid as of the ___ day of _____, 20__. The balance of the filing fee will be paid in full by the ___ day of _____, 20__.

☒ The filing fee will be paid in full by the ~~7~~ day of ~~_____~~, 20~~25~~  20, July 25

☐ An Application to Have the Chapter 7 Filing Fee Waived was denied and we/I request that the Court reconsider the fee waiver application.

before Hearing on
8-6-25

**AND/OR**

2

☐ **Failure to Appear at the First Meeting of Creditors**
   1. The meeting was missed because _____
_____
_____.
   and;
   2. We/I request that a new Meeting of Creditors be scheduled.

**AND/OR**

☐ **Failure to File Documents or Provide Documents to the Trustee**
   1. The documents were not timely filed/provided because _____
_____
_____.
   and;
   2. We/I request until the ___ day of _____, 20__ to file documents with the court and/or provide documents to the Trustee.

**AND/OR**

☐ **Other Reason**
(Explanation) _____
_____
_____
_____.

☐ **Other Request(s)**
_____
_____
$113   $156.5
_____.

Dated this 3 day of July, 2025

_____
Unrepresented Debtor

**NOTE:**
The movant must set a hearing date with the Court Scheduling Clerk (801-524-6627). A **Notice of Motion and Notice of Hearing** must be filed together with a **Certificate of Service** proving service on the Trustee and all creditors in the case. Please read Local Rule 9013-1(d) for further information. These forms are available on our website at www.utb.uscourts.gov by clicking "Debtor Resources" then "Motion and Notice Forms" or by clicking here.